# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABA MUSAH ABDALLAH, | |
| Petitioner, | NO. 3:19-CV-0540 |
| v. | (JUDGE CAPUTO) |
| WILLIAM BARR, Att'y Gen, *et al.*, | |
| Respondents. | (MAGISTRATE JUDGE SAPORITO) |

## ORDER

**NOW**, this 13th day of May, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge